JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ERIK IBARRA,                                )   Case No. CV 15-3204-DDP (SP)
           Petitioner,        )
                      )
          v.                    )   **JUDGMENT**
                      )
W.L. MONTGOMERY, Warden,     )
           Respondent.      )
_____     )

       Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

       IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

Dated: January 5, 2017

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE